ALEXANDER WALDRON, RESPONDENT, *v.* THE CITIZENS' GAS-LIGHT COMPANY OF LONG ISLAND CITY AND OTHERS, APPELLANTS.

*Bonds payable at a particular place — failure of holder to present them there — waiver.*

APPEAL from a judgment in favor of the plaintiff, entered upon the trial of this action by the court, without a jury.

The action was brought to foreclose a mortgage given by the defendant. The interest was payable at the office of the company in Long Island City, upon surrender of the interest coupons annexed to the bond of the company. On the 14th of April, 1876, the day before the interest was due, the plaintiff had an interview with the defendant's president, E. B. Litchfield, at No. 46 Pine street, New York. Litchfield said he would be unable to pay the interest on the next day. On the 15th day of April, 1876, Litchfield asked plaintiff to wait a few days and he would bring him the money. Litchfield employed a Mr. Olney to borrow the money of plaintiff, with which to pay this interest. The plaintiff declined, and Litchfield told plaintiff that unless he could get the loan the interest could not be paid. The defendant insisted that the plaintiff could not recover, because he had failed to present the coupon for payment at the office of the company.

The court at General Term said : " If a demand at the office of the company was a condition precedent to an action, it was waived by the president's request that plaintiff should wait for a few days,

when the company could pay the interest. (*Underwood* v. *The Farmers' Joint-Stock Ins. Co.*, 57 N. Y., 500; *Young* v. *Hunter*, 6 id., 204.) When a bond is payable at a particular place, if the defendant means to avail himself of a failure to make such demand, he must answer that he was ready at the time and place to pay. (*Wolcott* v. *Van Santvoord*, 17 J. R., 248.) Judgment affirmed, with costs."

*D. P. Barnard*, for the appellants. *Wm. P. Fiero*, for the respondent.

Opinion by BARNARD, P. J.; DYKMAN, J., concurred; GILBERT, J., not sitting.

Judgment affirmed, with costs.